# EXHIBIT C

# Kauffman, Kimberly

| | |
|---|---|
| **From:** | Colin Walsh <colin@wileywalsh.com> |
| **Sent:** | Tuesday, September 26, 2023 8:48 AM |
| **To:** | Kauffman, Kimberly |
| **Cc:** | masif@robwiley.com; Herring, Danielle; Juarez, Lizeth; Reyes, Pia |
| **Subject:** | Re: Michael Madding v. Southwestern Bell Telephone Company - Discovery Deficiency Letter |
| **Attachments:** | image001.png |

I will reply this week to the letter, but if probably won't mollify you as I do feel we have satisfactorily responded to all discovery

Sincerely,
**Colin Walsh**
Trial Attorney
Wiley Walsh, P.C.
1011 San Jacinto Blvd., Suite 401
Austin, Texas 78701

Website | Bio | E-mail | T: (512) 271-5527  F: (214) 389-5588  Direct: (214) 389-5588



Confidentiality Note:  This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the intended recipient.  If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.  Thank you

On Fri, Sep 22, 2023 at 2:26 PM Kauffman, Kimberly <KKauffman@littler.com> wrote:

> Good afternoon,
>
> I am following up on the attached discovery deficiency letter in which we requested a response by September 20.
>
> Thanks,
>
> Kim

**Kimberly Kauffman**
Associate
737.289.7711 direct, 512.608.2361 mobile
KKauffman@littler.com

Labor & Employment Law Solutions | Local Everywhere
100 Congress Avenue, Suite 1400, Austin, TX 78701

**From:** Reyes, Pia <PReyes@littler.com>
**Sent:** Tuesday, September 5, 2023 4:58 PM
**To:** colin@wileywalsh.com; masif@robwiley.com
**Cc:** Kauffman, Kimberly <KKauffman@littler.com>; Herring, Danielle <DHerring@littler.com>; Juarez, Lizeth <LGJuarez@littler.com>
**Subject:** Michael Madding v. Southwestern Bell Telephone Company - Discovery Deficiency Letter

Good Afternoon, Counsel:

Attached, please find correspondence from Ms. Danielle Herring in regard to the matter referenced above.

Please do not hesitate to contact our office should you have any questions.

Sincerely,

**Pia Reyes**
Legal Secretary
512.982.7258 direct, 816.590.9049 mobile
PReyes@littler.com

Pronouns: She/Her

Labor & Employment Law Solutions | Local Everywhere
100 Congress Avenue, Suite 1400, Austin, TX 78701

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.